UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ILYA GLUSHENKO,

        Petitioner,

  v.

ICE FIELD OFFICE DIRECTOR,

        Respondent.

C20-147 TSZ

ORDER

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge ("R&R"), docket no. 9, indicating that petitioner Ilya Glushenko was released from custody on an order of supervision, and that his petition for habeas relief is now moot, and having been advised that the service copy of the R&R, which had been mailed to petitioner at the Northwest Detention Center, was returned as undeliverable, the Court hereby ORDERS as follows:

(1) The R&R is ADOPTED,[1] and this action is DISMISSED without prejudice as moot; and

---

[1] Although the R&R recommended that this matter be dismissed <u>with</u> prejudice, the order proposed by Magistrate Judge Theiler, docket no. 9-1, suggested that this action be dismissed <u>without</u> prejudice. The Court adopts the latter approach.

ORDER - 1

1       (2)     The Clerk is directed to send a copy of this Order to all counsel of record and to Magistrate Judge Theiler.

IT IS SO ORDERED.

Dated this 3rd day of April, 2020.

                                                                                      /s/ Thomas S. Zilly
Thomas S. Zilly
United States District Judge